AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

SIERRA NEVADA SW ENTERPRISES,
LTD., et al,

       Plaintiff,          JUDGMENT IN A CIVIL CASE
  V.

                                              CASE NUMBER:   3:10-cv-00354-RCJ-RAM

DOUGLAS COUNTY, et al.,

       Defendants.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Motion for Judgment on the Pleadings [19] is GRANTED.

| | |
|---|---|
|  June 7, 2011 | **LANCE S. WILSON** |
| Date | Clerk |
| | |
| | /s/   M. Campbell |
| | Deputy Clerk |